# EXHIBIT C

# Deloitte.

Deloitte LLP
1 New Street Square
London EC4A 3HQ
Phone: +44 (0)20 7936 3000
Fax: +44 (0)20 7583 0112
www.deloitte.co.uk

aaul@deloitte.co.uk

30 July 2019

Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London
EC1A 2FG

By email to chris.hardman@hoganlovells.com and
michael.roberts@hoganlovells.com

Your ref: D3MR/9026286

Dear Sirs

**EURASIAN NATURAL RESOURCES CORPORATION LIMITED V (1) DECHERT LLP (2) DAVID NEIL GERRARD**
**CLAIM NO. CL-2017-000583**

Thank you for your letter dated 22 October 2018 ("your letter") and your chaser letter dated 8 July 2019.

I am sorry that we did not respond to your letter promptly. I am now responding to you as the Quality and Risk Partner for our forensic practice. Please ensure that all future correspondence related to this matter is sent by email to me (aaul@deloitte.co.uk), and my colleagues George Walton (gwalton@deloitte.co.uk) and Michael Reading (mreading@deloitte.co.uk).

In this letter I adopt the defined terms you used in your letter.

Your letter requests that we provide you copies of our invoices for matters related to ENRC's retainer of Dechert LLP regarding ENRC's interactions with the Serious Fraud Office during the Potentially Relevant Period. We have not been able to identify any invoices which respond to the parameters of your request.

By way of explanation:-

1. Our records indicate that ENRC, or an entity in ENRC's corporate group, engaged with us numerous times during the Potentially Relevant Period. We have reviewed the matter descriptions of each of these engagements and have spoken to several of the partners in charge of engagement teams for these matters. Our investigations have not identified any engagements which proceeded to us completing any work which relate to Dechert or the Serious Fraud Office.

2. I say above "*which proceeded to us completing any work*" because we did receive an enquiry from Dechert in February 2019 to analyse some devices relating to employees/shareholders of ENRC to see whether those devices had been compromised. However, Dechert did not pursue the enquiry and no work was completed. This enquiry did not cause us to issue any invoices.

3. Our only other indirect interaction with Dechert was that ENRC occasionally asked us to share report findings with the Forensic Risk Alliance group. We had produced these reports on ENRC engagements which, insofar as we were aware, had nothing to do with ENRC's interactions with the Serious Fraud

Deloitte LLP is a limited liability partnership registered in England and Wales with registered number OC303675 and its registered office at 1 New Street Square, London, EC4A 3HQ, United Kingdom.
Deloitte LLP is the United Kingdom affiliate of Deloitte NSE LLP, a member firm of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"). DTTL and each of its member firms are legally separate and independent entities. DTTL and Deloitte NSE LLP do not provide services to clients. Please see www.deloitte.com/about to learn more about our global network of member firms.

© 2019 Deloitte LLP. All rights reserved.

**Deloitte.**

Office. We understand from our contacts in the Forensic Risk Alliance group that they were instructed by Dechert.

If you have one or more specific engagement which ENRC which you had in mind when you asked us to provide our invoices, please will you give us more information about that engagement or those engagements so that we can focus our search.

Yours sincerely

**Anita Aul**
Deloitte LLP

2