# EXHIBIT D



Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
T +44 20 7296 2000
F +44 20 7296 2001
www.hoganlovells.com

2 August 2019

By email (to gewalton@deloitte.co.uk, aaul@deloitte.co.uk
and mreading@deloitte.co.uk)

Michael Roberts / Edward Hickman
michael.roberts@hoganlovells.com /
edward.hickman@hoganlovells.com

**Privileged and confidential**

| | |
|---|---|
| Our ref | D3/MR/EH/9438482 |
| Matter ref | 142800/000089 |

Deloitte LLP
2 New Street Square
London
EC4A 3HQ

FAO: George Walton and Anita Aul

Dear Sirs

**EURASIAN NATURAL RESOURCES CORPORATION LIMITED V (1) DECHERT LLP & (2) DAVID NEIL GERRARD - CLAIM NO. CL-2017-000583**

1.      We refer to our letter of 22 October 2018 and your letter of 30 July 2019.  Our thanks for your assistance with this matter to date.

2.      In our letter of 22 October 2018, we requested a copy of all invoices issued by Deloitte to ENRC during the Potentially Relevant Period (including narratives of the work carried out).  The purpose of this request was to assist ENRC in reconstructing a complete record of the work carried out for it by Deloitte.  Whilst we will in due course consider the relevance of any invoices provided by Deloitte to the above proceedings (including their relevance to the matters covered by Dechert's investigation), our request for invoices was not limited to "*invoices for matters related to ENRC's retainer of Dechert LLP regarding ENRC's interactions with the Serious Fraud Office*".

3.      Nevertheless, to assist in focusing Deloitte's search for invoices which were issued to our client in the Potentially Relevant Period and may be relevant to the above proceedings, we would be grateful if you could please provide to us copies of the invoices issued to ENRC in relation to the following engagements:

        (a)      Project Maria;

        (b)      Project Melissa;

        (c)      Project Scarlett;

        (d)      Project Sandman;

        (e)      Project Rio; and

        (f)      Project Poseidon.

Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639 and is authorised and regulated by the Solicitors Regulation Authority of England and Wales.  Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG.

"Hogan Lovells" is an international legal practice that includes Hogan Lovells International LLP and Hogan Lovells US LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.    Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.

The word "partner" is used to describe a partner or member of Hogan Lovells International LLP, Hogan Lovells US LLP or any of their affiliated entities or any employee or consultant with equivalent standing.  Certain individuals, who are designated as partners, but who are not members of Hogan Lovells International LLP, do not hold qualifications equivalent to members.  For more information about Hogan Lovells, the partners and their qualifications, see www.hoganlovells.com.

Deloitte LLP                                    - 2 -                                2 August 2019

4.      Separately, we note the statement at bullet point 2 of your letter that Deloitte "*did receive an enquiry from Dechert in February **2019** to analyse some devices relating to employees/shareholders of ENRC to see whether those devices had been compromised*" (emphasis added).  We would be grateful if you could please confirm the exact date when Deloitte received such enquiry.

5.      We would be very grateful if you could please provide the information requested at paragraph 4 of this letter as soon as possible and, in any event, by 9 August 2019, and provide to us copies of the requested invoices by 23 August 2019.

Yours faithfully

Hogan Lovells International LLP