# EXHIBIT E

# Deloitte.

Deloitte LLP
1 New Street Square
London
EC4A 3HQ

Phone: +44 (0)20 7936 3000
Fax: +44 (0)20 7583 0112
www.deloitte.co.uk

Direct phone: +44 20 7303 2098
aaul@deloitte.co.uk

14 August 2019

Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London
EC1A 2FG

By email to alex.riposi@hoganlovells.com and michael.roberts@hoganlovells.com

Dear Sirs

**Eurasian Natural Resources Corporation Limited v (1) Dechert LLP (2) David Neil Gerrard
Claim No. CL-2017-000583**

We refer to your letter dated 2 August 2019.

We note your comments in relation to the scope of your client's request for copies of our invoices.  We will respond to you substantively on this point in due course.

In the meantime, we note that you act for Eurasian Natural Resources Corporation Limited ("ENRC Ltd") and that the request is, therefore, made on its behalf.  Our initial search of our finance records indicates that our invoices were issued to another entity within the ENRC corporate group, namely Eurasian Natural Resources Corporation PLC ("ENRC PLC").  Please confirm that: a) your request is made on behalf of both ENRC PLC and ENRC Ltd jointly; and/or b) ENRC PLC has granted its approval to us providing copies of our invoices to ENRC Ltd.  You will appreciate that without this confirmation we are unable to produce confidential documents belonging to one entity to another entity, even if within the same corporate group.

Turning to point 4 of your letter, the enquiry from Dechert LLP was received through our US firm on 6 February 2019.  We had no direct contact with Dechert LLP or your client in respect of the enquiry.  As we explained in our previous letter, this engagement did not proceed beyond the conflict check stage (we confirmed that we were clear of conflicts but did not hear back from our US firm to proceed with the engagement) and so we did not invoice your client, or any other ENRC group company, in respect of the same.

Yours faithfully

Deloitte LLP

Deloitte LLP is a limited liability partnership registered in England and Wales with registered number OC303675 and its registered office at 1 New Street Square, London, EC4A 3HQ, United Kingdom.

Deloitte LLP is the United Kingdom affiliate of Deloitte NSE LLP, a member firm of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"). DTTL and each of its member firms are legally separate and independent entities. DTTL and Deloitte NSE LLP do not provide services to clients. Please see www.deloitte.com/about to learn more about our global network of member firms.

© 2019 Deloitte LLP. All rights reserved.