# EXHIBIT F

# Deloitte.

Deloitte LLP
Hill House
1 Little New Street
London
EC4A 3TR

Phone: +44 (0)20 7936 3000
Fax: +44 (0)20 7583 0112
www.deloitte.co.uk

Direct phone: +44 20 7007 0306
ijoslin@deloitte.co.uk

9 October 2019

Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London
EC1A 2FG

By email to  elaine.penrose@hoganlovells.com
chris.hardman@hoganlovells.com
michael.roberts@hoganlovells.com

Your ref: D3MR/9026286

Dear Sirs

**EURASIAN NATUARAL RESOURCES CORPORATION LIMITED V (1) DECHERT LLP (2) DAVID NEIL GERRARD**
**CLAIM NO. CL-2017-000583**

We refer to our letter to you dated 1 October 2019.

To clarify, Dechert did not ask Deloitte anything about analysing any devices of ENRC/its employees/shareholders. The references in our letters to such an enquiry were made in error.

Yours sincerely

*[signature]*

**Ian Joslin**
Deloitte LLP

Deloitte LLP is a limited liability partnership registered in England and Wales with registered number OC303675 and its registered office at 1 New Street Square, London, EC4A 3HQ, United Kingdom.

Deloitte LLP is the United Kingdom affiliate of Deloitte NWE LLP, a member firm of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"). DTTL and each of its member firms are legally separate and independent entities. DTTL and Deloitte NWE LLP do not provide services to clients. Please see www.deloitte.com/about to learn more about our global network of member firms.

© 2019 Deloitte LLP. All rights reserved.